# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CURTIS FINNEY, | § | |
| | § | No. 522, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1308007988 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 1, 2016
Decided:  May 27, 2016

## ORDER

This 27th day of May 2016, having considered the State of Delaware's consented-to motion to remand for resentencing,

IT IS HEREBY ORDERED that the motion is GRANTED, and this case is remanded to the Superior Court for resentencing. The appellant and his defense counsel should receive notice of and attend the sentencing proceeding.[*] Jurisdiction is not retained.

BY THE COURT:

_____
Justice

---

[*] *Jones v. State*, 672 A.2d 554, 566 (Del. 1996).